DON E. LANSON, ESQ, SBN:163414
DAVID V. HADEK, ESQ, SBN: 193154
MANFREDI, LEVINE, ECCLES, MILLER & LANSON, APC
3262 E. Thousand Oaks Blvd., Suite 200
Westlake Village, CA 91362-3400
Telephone: (805) 379-1919
Facsimile:  (805) 379-3819

Attorneys for Defendant and Third-Party Plaintiffs
SOLOMON ENTITIES DEFINED BENEFIT PENSION PLAN; KENNETH A. SOLOMON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WILSON, | Case No.: CV-12-1379 CAS (JEMx) |
| Plaintiff, | Hon. Christina Snyder |
| vs. | **[PROPOSED] JUDGMENT [F.R.C. 58(a)]** |
| SOLOMON ENTITIES DEFINED BENEFIT PENSION PLAN, an ERISA plan; KENNETH A. SOLOMON; DOES 1 through 10, inclusive, | |
| Defendants. | |
| SOLOMON ENTITIES DEFINED BENEFIT PENSION PLAN, an ERISA plan, and KENNETH A. SOLOMON, | |
| Third-Party Plaintiffs, | |
| vs. | |
| LIDEN, NESTLE, SOLED & ASSOCIATES, INC., a California | |

corporation, and MOES 1 through 25, inclusive,

           Third-Party Defendants.

The above-captioned matter came before the Court for trial on April 5, 2013, Honorable Christina A. Snyder, presiding. The trial of this case and oral argument was held before the Court sitting without a jury. After reviewing the trial brief, declarations and objections submitted by the parties, the Court made the Findings of Fact and Conclusions of Law [Docket No. 88]. In accordance with the Findings of Fact and Conclusions of Law and Federal Rule of Civil Procedure 58(a), IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be and hereby is entered in favor of Defendants Solomon Entities Defined Benefit Pension Plan, an ERISA plan, and Kenneth A. Solomon;

2. Plaintiff shall take nothing by way of his complaint against Defendants and the complaint is hereby dismissed with prejudice; and

3. Defendants may make a motion for attorneys' fees and costs.

Dated: May 14, 2013       By: _____
                                      CHRISTINA A. SNYDER
                                      United States District Court Judge