REBECCA B. MOCCIARO, SBN 89777
FARMER & RIDLEY LLP
350 S. Grand Avenue, Suite 3150
Los Angeles, California 90071

Telephone: (213) 626-0291
Fax :(213) 833-7812
rmocciaro@f-rlaw.com

Attorney for LIDEN, NESTLE, SOLED
& ASSOCIATES, INC., a California
Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WILSON<br><br>Plaintiff,<br><br>vs.<br><br>SOLOMON ENTITIES DEFINED BENEFIT PENSION PLAN, an ERISA plan; KENNETH A. SOLOMON; DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: **CV-12-01379 CAS (JEMx)**<br><br>[PROPOSED] **JUDGMENT ON PARTIES' STIPULATION TO DISMISS WITHOUT PREJUDICE THE THIRD PARTY COMPLAINT BY SOLOMON ENTITIES DEFINED BENEFIT PENSION PLAN AND KENNETH SOLOMON AGAINST LIDEN NESTLE SOLED & ASSOCIATES, INC.** |

---

1

[PROPOSED] ORDER UPON PARTIES' STIPULATION TO DISMISS WITHOUT PREJUDICE THE THIRD PARTY COMPLAINT BY SOLOMON ENTITIES DEFINED BENEFIT PENSION PLAN AND KENNETH SOLOMON AGAINST LIDEN NESTLE SOLED & ASSOCIATES, INC.

The Stipulation of the Parties to the Third Party Complaint in this Action, Defendants and Third Party Plaintiffs Solomon Entities Defined Benefit Pension Plan, an ERISA plan, and Kenneth A. Solomon, on the one hand, and Third Party Defendant, Liden Nestle Soled & Associates, Inc., on the other, was reviewed and considered by the Court.

After considering the Parties' Stipulation, IT IS HEREBY ORDERED that

(1) the Third Party Complaint filed by Defendants and Third Party Plaintiffs Solomon Entities Defined Benefit Pension Plan, an ERISA plan, and Kenneth A. Solomon, against Third Party Defendant, Liden Nestle Soled & Associates, Inc., be dismissed, without prejudice; and

(2) Third Party Defendant may make a motion for attorneys' fees and costs against Plaintiff Matthew Wilson, under applicable ERISA law, and not against the Third Party Plaintiff, and shall file and serve said motion by not later than 10 court days following entry of the Judgment pursuant to this stipulation.

IT IS SO ORDERED:

DATED:   June  14, 2013

*Christina A. Snyder*

Hon. Christina A. Snyder, United States District Court Judge, Central District of California

[PROPOSED] ORDER UPON PARTIES' STIPULATION TO DISMISS WITHOUT PREJUDICE THE THIRD PARTY COMPLAINT BY SOLOMON ENTITIES DEFINED BENEFIT PENSION PLAN AND KENNETH SOLOMON AGAINST LIDEN NESTLE SOLED & ASSOCIATES, INC.